IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BEE FOREST PRODUCTS, INC.,

    Plaintiff,

    v.

                                        Case No. 20-cv-338-wmc

WESTERN NATIONAL MUTUAL
INSURANCE COMPANY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Western National Mutual Insurance Company against plaintiff Bee Forest Products, Inc. dismissing this case.

| s/ K. Frederickson, Deputy Clerk | June 25, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |